[No. 28599-5-III.   Division Three.   March 7, 2013.]

*In the Matter of the Marriage of* IOULIA A. FRAZIER, *Respondent*, and DEAN J. FRAZIER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 08-3-01728-0, Salvatore F. Cozza, J., entered October 12, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 29961-9-III.   Division Three.   March 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL CHAVEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-00253-7, Cameron Mitchell, J., entered May 26, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.

[No. 30005-6-III.   Division Three.   March 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DELONDE PLEASANT, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 02-1-50091-8, Cameron Mitchell, J., entered June 16, 2011. *Affirmed* by unpublished opinion per Brown J., concurred in by Korsmo, C.J., and Siddoway, J.